No. 98–7913. GUTIERREZ v. HUBBARD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7916. EDISON v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7920. EUGE v. ADLER, JUDGE, ST. LOUIS COUNTY MUNICIPAL COURT, 21ST JUDICIAL CIRCUIT, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–7921. HARRIS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 98–7923. ESTELL v. EDMONDSON, ATTORNEY GENERAL OF OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 98–7926. DODSON v. BRIGANO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7928. RANSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–7931. HOFFMAN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 98–7934. HENRY v. CONLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7937. DECARLO v. EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–7938. DAVIS v. LENSING, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–7939. HAWKINS v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 98–7940. FREEMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–7943. ELLIS v. LYLES, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.